UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARCEL CLARK, )
 )
    Plaintiff, )
 )
v. ) No. 4:20-CV-1215 JAR
 )
HAZELWOOD, MO, POLICE DEPT., et al., )
 )
    Defendants. )

## MEMORANDUM AND ORDER

Plaintiff, a prisoner, moves for leave to proceed in forma pauperis in this civil action under 42 U.S.C. § 1983. Under 28 U.S.C. § 1915(b), plaintiff is required to submit a certified copy of his prison trust account statement for the six-month period before the filing of the complaint. He has not done so.

Accordingly,

**IT IS HEREBY ORDERED** that, within thirty (30) days from the date of this Order, plaintiff must submit a copy of his prison trust account statement for the six-month period before the filing of the complaint.

Dated this 16th day of September, 2020.

                                                                                        JOHN A. ROSS
                                                                                        UNITED STATES DISTRICT JUDGE